BRITISH AMERICAN TOBACCO COMPANY v. UNITED STATES FIDELITY AND GUARANTY COMPANY.— Motion dismissed, with ten dollars costs. Memorandum per curiam. Present— Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

GEORGE W. SIMERS v. CLARA L. KELLOGG.— Motion granted, unless appellant complies with terms of order.—Present— Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. OWEN V. MADDEN.— Motion granted, unless appellant complies with terms of order. Present— Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

ENDERS SALES COMPANY v. A. G. PENN.— Motion denied, with ten dollars costs. Present— Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

FRANK L. PERLEY v. LEE SHUBERT. FRANK L. PERLEY v. LEE SHUBERT. HENRY B. SIRE v. LEE SHUBERT. HENRY B. SIRE v. LEE SHUBERT.— Motions granted, with ten dollars costs. Present— Clarke, P. J.,; Laughlin, Dowling, Smith and Davis, JJ.

·NASSAU ASSETS COLLECTING COMPANY v. GEORGE V. VAN TUYL.— Motion granted, unless appellant complies with terms of order. Present Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

PROGRESSIVE CONSTRUCTION COMPANY v. REGINALD H. SAYRE.— Motion granted, without costs. Present— Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

PROGRESSIVE CONSTRUCTION COMPANY v. REGINALD H. SAYRE.— Motion granted on terms stated in order. Present— Clarke, P. J., Laughlin, Dowling. Smith and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FERDINAND ESPOSITO.— Motion granted. Present— Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

JOHN A. KINGSBURY v. FRANK HARTMAN.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

HARRY LAMBART v. MIRROR FILMS.— Application denied, with ten dollars costs. Order signed. Present— Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

JULIUS CROSSMAN v. W. WHITMAN COMPANY.— Application denied, with ten dollars costs. Order signed. Present— Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

LENA FABER v. KENT HOLDING COMPANY.— Application denied, with ten dollars costs. Order signed. Present— Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

BENJAMIN KEMENITSKY v. THOS F. CORCORAN.—Application granted. Order signed. Present— Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

SAMUEL PETRUCH v. FRANK O'CALLAGHAN.— Application denied, with ten dollars costs. Order signed. Present— Clarke, P. ·J., Laughlin; Dowling, Smith and Davis, JJ.

JOSEPH F. MULHOLLAND v. NEENAN ELEVATED COMPANY.— Applica-